UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-cv-21558-UNGARO/SIMONTON

RAFAEL MARCHI, LUCIANO ZUCKI,
NICOLAS ZEITLIN, GILBERTO DUNCAN,
ANDREW WALTER, ENDELICHER JENNIFER,
FRITZ VALLADANES, KRISTINA DALTON,
And LAURENT BERRARD,

      Plaintiffs,

vs.

1906 COLLINS, LLC d/b/a
VITA RESTAURANT,

      Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' 2nd AMENDED FLSA COMPLAINT

Defendant, 1906 Collins, LLC d/b/a Vita Restaurant (the "***Defendant***"), by and through undersigned counsel, hereby files its answer and affirmative defenses to the allegations set forth in Plaintiffs' 2nd Amended FLSA Complaint ("***Complaint***"). All allegations not specifically admitted are hereby denied.

1.    Defendant admits that Plaintiffs purport to bring an action for minimum wage violations under the Fair Labor Standards Act and for retaliation, but denies that Plaintiffs and the alleged similarly situated individuals (if any) are entitled to the relief sought in the Complaint. Paragraph 1 also sets forth jurisdictional allegations to which no response is required. To the extent a response is required, Defendant admits that

{Firm Clients\8400\8400-1\00712708.DOC.}    1

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Plaintiffs purport to confer jurisdiction and denies the remaining allegations set forth in Paragraph 1 of the Complaint.

### A.   INTRODUCTION TO "TIP CREDIT" VIOLATIONS

2.   Although Defendant admits that the Plaintiffs are/were employed by Defendant in its Miami Beach restaurant, Defendant denies that Plaintiffs were employed for the time period referenced in the Complaint. Paragraph 2 also sets forth jurisdictional allegations to which no response is required. To the extent a response is required, Defendant admits that Plaintiffs purport to confer jurisdiction and denies that Plaintiffs are entitled to the relief sought in the Complaint. Defendant also denies that Plaintiffs were tipped employees as defined in the Fair Labor Standards Act.

3a.   Denied.

3b.   Denied.

3c.   Denied.

3d.   Denied.

3e.   Denied.

3f.   Denied.

3g.   Denied.

3h.   Denied.

### B.   THE EMPLOYER

4.   Paragraph 4 sets forth jurisdictional allegations to which no response is required. To the extent a response is required, Defendant admits that Plaintiffs purport to confer jurisdiction and denies that Plaintiffs are entitled to the relief sought in the Complaint.

{Firm Clients\8400\8400-1\00712708.DOC.}   2

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

5. Admitted.

### D. VENUE & JURISDICTION

6. Defendant admits that Plaintiffs purport to bring an action for minimum wage violations under the Fair Labor Standards Act, but denies that Plaintiffs are tipped employees as defined in the Fair Labor Standards Act and denies that Plaintiffs are entitled to the relief sought in the Complaint.

7. Paragraph 7 sets forth jurisdictional allegations to which no response is required. To the extent a response is required, Defendant admits that Plaintiffs purport to confer jurisdiction and denies that Plaintiffs are entitled to the relief sought in the Complaint.

8. Defendant admits that Plaintiffs were engaged in commerce. Defendant denies the remaining allegations set forth in Paragraph 8 of the Complaint.

9. Without knowledge and therefore denied.

### COUNT I
### RECOVERY OF MINIUM WAGE VIOLATIONS
### AGAINST DEFENDANT

10. Defendant readopts and reallege all responses contact in Paragraphs 1-9 above.

11. Denied.

12. Denied.

13. Defendant admits that Plaintiffs are entitled to be paid the required wage pursuant to the Fair Labor Standards Act. Defendant denies the remaining allegations set forth in Paragraph 13 of the Complaint.

14. Denied.

{Firm Clients\8400\8400-1\00712708.DOC.}                3

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

15. Denied.

16. Denied.

Plaintiffs' WHEREFORE clause does not set forth factual allegations to which a response is required. To the extent a response is required, Defendant denies and all wrongdoing, denies and all liability, and denies that Plaintiffs are entitled to the relief sought in the Complaint.

## COUNT II
## CLAIM FOR OWED WAGES AGAINST DEFENDANT

17. Defendant readopts and reallege all responses contact in Paragraphs 1, 2 and 9 above.

18. Admitted.

19. Denied.

Plaintiffs' WHEREFORE clause does not set forth factual allegations to which a response is required. To the extent a response is required, Defendant denies and all wrongdoing, denies and all liability, and denies that Plaintiffs are entitled to the relief sought in the Complaint.

## COUNT III
## VIOLATION OF 29 U.S.C. §215(a)(3)
## AGAINST DEFENDANT

20. Defendant readopts and reallege all responses contact in Paragraphs 1, 2 and 9 above.

21. Denied.

22. Denied.

23. Denied.

{Firm Clients\8400\8400-1\00712708.DOC.}   4

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Plaintiff Marchi's WHEREFORE clause does not set forth factual allegations to which a response is required. To the extent a response is required, Defendant denies and all wrongdoing, denies and all liability, and denies that Plaintiff Marchi is entitled to the relief sought in the Complaint.

## JURY DEMAND

Plaintiffs' demand for a jury trial is not a factual allegation to which a response is required.

WHEREFORE, Defendant prays that after due proceedings are had, there be a judgment in favor of Defendant, dismissing the Complaint of Plaintiffs' in its entirety with prejudice and that this Honorable Court grant Defendant its attorneys' fees and any and all other general and equitable relief which this Court deems appropriate.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs and the alleged similarly situated individuals (if any) cannot state a claim upon which relief can be granted. Plaintiffs do not sufficiently allege that they were improperly compensated and do not allege a calculation of their damages. At all times Plaintiffs and the alleged similarly situated individuals (if any) were paid in accordance with the Fair Labor Standards Act and Florida law.

### Second Affirmative Defense

Neither Plaintiffs nor any alleged similarly situated individuals (if any) can establish a willful violation of the Fair Labor Standards Act.

{Firm Clients\8400\8400-1\00712708.DOC.}   5

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

### Third Affirmative Defense

At all relevant times, Defendant compensated the Plaintiffs and the alleged similarly situated individuals (if any) as required by the Fair Labor Standards Act of 1938, as amended, and/or Florida law and therefore is not indebted to Plaintiffs in the amounts sought in the Complaint.

### Fourth Affirmative Defense

At all relevant times, Defendant acted in good faith and with reasonable grounds for believing that its acts or omissions were not in violation of the Fair Labor Standards Act.

### Fifth Affirmative Defense

To the extent Defendant is indebted to Plaintiffs and the alleged similarly situated individuals (if any) for any unpaid wages, the extent of Defendant's liability must be offset by the amounts paid to Plaintiffs and the alleged similarly situated individuals (if any) during their employment.

### Sixth Affirmative Defense

At all relevant times, Defendant paid Plaintiffs and the alleged similarly situated individuals (if any) a fair and reasonable value for the full amount of work performed/services rendered by Plaintiffs to Defendant.

### Seventh Affirmative Defense

To the extent Plaintiffs and the alleged similarly situated individuals (if any) are awarded liquidated damages, they are not entitled to prejudgment interest.

{Firm Clients\8400\8400-1\00712708.DOC.}   6

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

### Eighth Affirmative Defense

Plaintiffs and the alleged similarly situated individuals (if any) are exempt employees pursuant to the Section 7(i) exemption of the Fair Labor Standards Act of 1938, as amended (employees paid commissions by retail establishments). Defendant is not indebted to Plaintiffs and the alleged similarly situated individuals (if any) for any unpaid overtime compensation.

### Ninth Affirmative Defense

To the extent that Defendants' alleged overtime liability is de minimus, the claims of Plaintiffs and the alleged similarly situated individuals (if any) for such amount is not subject to payment and does not constitute a violation of the Fair Labor Standard Act.

### Reservation of Right to Assert Affirmative Defenses

Defendant reserves the right to assert other, viable affirmative defenses as revealed during the course of discovery.

Respectfully submitted,

s/ Cheryl E. Zuckerman
CHERYL E. ZUCKERMAN
Florida Bar Number:  176583
E-Mail:  czuckerman@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for Defendant

{Firm Clients\8400\8400-1\00712708.DOC.}   7

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:10-cv-21558-UNGARO/SIMONTON

## SERVICE LIST

Lawrence J. McGuinness, Esquire
Florida Bar No. 814611
ljmpalaw@netzero.com
Lawrence J. McGuinness, P.A.
1627 SW 37 Avenue, Suite 100
Miami, FL 33145
Telephone: 305-448-9557
Facsimile: 305-448-9559
*Attorneys for Plaintiffs*
Service via Email and U.S. Regular Mail

{Firm Clients\8400\8400-1\00712708.DOC.}  8

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363